**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CR73** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JEFFREY J. LIMLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On June 13, 2006, the court provisionally released defendant Jeffrey J. Limley (Limley) on conditions of pretrial release, *inter alia,* that he reside at CH, Inc. (Filing No. 28). On June 14, 2006, the court was informed that CH, Inc., declined to accept Limley into their facility. Accordingly, the June 13, 2006 Order Setting Conditions of Release for Limley is vacated. Limley shall remain detained in the custody of the U.S. Marshal pending disposition of this matter.

**IT IS SO ORDERED.**

DATED this 14th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge