IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR73 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEFFREY J. LIMLEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motions to continue by defendant Jeffrey J. Limley (Limley) (Filing Nos. 30 and 31). Limley seeks a continuance of the trial of this matter now scheduled for July 5, 2006 (Filing No. 30). Limley also seeks to have a new deadline for the filing of pretrial motions (Filing No. 31). Limley's counsel represents that counsel for the government has no objection to the motions. Previously, Limley has submitted an affidavit whereby Limley acknowledges he understands such additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motions will be granted.

**IT IS ORDERED:**

1. Limley's motion to continue trial (Filing No. 30) is granted.

2. Trial of this matter is re-scheduled for **September 26, 2006,** before Judge Laurie Smith Camp and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 21, 2006 and September 26, 2006,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

3. Limley's motion to continue the pretrial motion deadline (Filing No. 31) is granted. Any pretrial motion shall be filed **on or before July 14, 2006.** Any pretrial motion shall comply with the provisions of paragraphs 3 and 4 of the progression order (Filing No. 7).

DATED this 21st day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge