IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR73 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEFFREY J. LIMLEY, | ) | |
| | ) | |
| Defendant. | ) | |

    A hearing on all pending motions is scheduled before the undersigned magistrate judge at **1:30 p.m. on August 1, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

> **Disclosure of Evidence.**  This rule applies to all evidentiary hearings on pretrial motions in criminal cases.
>
>     (a)  **Witnesses.**  At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
>
>     (b)  **Exhibits.**  At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge.

Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

    This being a criminal case, defendant must be present unless otherwise ordered by the court.

    DATED this 27th day of July, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge