IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                              )<br>       **Plaintiff,**            )<br>                                              )         **8:06CR73**<br>        vs.                               )<br>                                              )         **ORDER**<br>**JEFFREY J. LIMLEY,**       )<br>                                              )<br>        **Defendant.**          ) | |

This matter is before the court on the government's Motion to Continue Trial [47]. Based on counsel's scheduling conflict, I find that the government has shown good cause for a continuance and trial should be continued to the next available setting, i.e., October 17, 2006.

**IT IS ORDERED** that the Motion to Continue Trial [47] is granted, as follows:

1. The trial of this case is continued to **Tuesday, October 17, 2006** before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **September 26, 2006 and October 17, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because failure to grant a continuance would unreasonably deny the United States continuity of counsel, be likely to make a continuation of such proceeding impossible, and/or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED September 14, 2006.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**