# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CR73** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JEFFREY J. LIMLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion for review of pre-trial release conditions and request for hearing (Filing No. 44). Following an investigation by Pretrial Services, no approved facility has been located which would accept the defendant for treatment. Accordingly, the defendant's motion (Filing No. 44) is denied.

**IT IS SO ORDERED.**

DATED this 10th day of October, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge