IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:06CR73** |
| vs. | ) | **ORDER** |
| **JEFFREY J. LIMLEY,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion for review of pre-trial release conditions and request for hearing (Filing No. 53). Limley requests that he be released to the Stephan Center for drug abuse treatment. The motion is denied.

**IT IS SO ORDERED.**

DATED this 13th day of December, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge