IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR73** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **JEFFREY J. LIMLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to dismiss (Filing No. 57) and motion to produce grand jury transcripts (Filing No. 58). The Court has considered the government's response (Filing No. 59).

The pretrial motion deadline is passed. The motions are denied.

IT IS ORDERED that the Defendant's motion to dismiss (Filing No. 57) and motion to produce grand jury transcripts (Filing No. 58) are denied.

DATED this 3rd day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge